# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br>      Plaintiff, <br> v. <br><br>HERMELINDA MELENA PIMENTEL, an individual, <br><br>      Defendant. | Case No.: 5:10-CV-04187-LHK <br><br><br><br>ORDER DISMISSING CASE WITH PREJUDICE |

The parties have filed a stipulation voluntarily dismissing all claims. In light of this, the Court has dismissed the case with prejudice. At the parties' request, the Court retains jurisdiction in the event there is a motion from either party to enforce the settlement agreement. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 6, 2010

                *Lucy H. Koh*
                LUCY H. KOH
                United States District Judge